

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-16-00495-CV

Delma Ramirez **DELEON**, Irma Gomez, Josefina Castor, Olga Ramirez Niaves, Oralia De La Rosa, Gloria R. Dunford, and San Juanita R. Rodriguez,
Appellants

v.

Oliverio C. **RAMIREZ** and Maria Luisa Ramirez,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-02-00046 CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
    Marialyn Barnard, Justice
    Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk